| Information to identify the case: | | |
|---|---|---|
| Debtor | Fairgrounds Apartment Homes LLC | EIN: 92–0999059 |
| | Name | |
| United States Bankruptcy Court   Eastern District of New York | | Date case filed for chapter:   11    8/8/23 |
| Case number:   1–23–42821–ess | | |

# NOTICE OF HEARING ON DEFECTIVE OR DEFICIENT FILING – CHAPTER 11 NON–INDIVIDUAL

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy case commenced by the above–referenced debtor(s) on August 8, 2023 is deficient. The debtor is not represented by an attorney. Only an individual may appear without an attorney; for this reason, the debtor must be represented by an attorney in all Chapter 11 cases filed by a corporation, limited liability company, partnership, trust, or any other entity. To cure this deficiency, the debtor's attorney must file a notice of appearance with the court within fourteen (14) days of the date of this notice.

If the deficiency is not cured, a hearing to consider the dismissal or conversion of this Chapter 11 case will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge on August 24, 2023, at 10:30 AM at the following location:

**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3585 – 3rd Floor, Brooklyn, NY 11201–1800**

Responsive papers, if any, must be filed with the Court no later than three (3) business days prior to the hearing date.

Dated: August 9, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLntcdeffiling5.jsp** [Notice of Hearing on Defective or Deficient Filing – Chapter 11 Non–Individual rev. 02/01/17]